UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22389-ALTMAN/Reid

**ALEJANDRO ESPINOZA**,

    *Plaintiff*,

v.

**AE OUTFITTERS RETAIL CO.**
**d/b/a American Eagle Outfitters**,

    *Defendants*.

_____/

**ORDER**

The parties have settled this case. *See* Notice of Settlement [ECF No. 10]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties. The parties shall file a stipulation of dismissal by **October 7, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 7th day of September 2022.

                                                 **ROY K. ALTMAN**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record